**Order entered December 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01503-CV

## HOSSEIN JAHANSHAHI, Appellant

## V.

## MASOOMEH JANGRAVI, Appellee

### On Appeal from the 302nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-03913

## ORDER

We **DENY** appellant's December 29, 2014, motion to recuse trial judge. See Tex. R. Civ.

P. 18a.


/s/     CRAIG STODDART
        JUSTICE